**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

DAVID E. McCURLEY,                                    :

     Plaintiff,                                          :

vs.                                                          :          CA 17-0494-MU

NANCY A. BERRYHILL,                              :
Deputy Commissioner for Operations,
performing the duties and functions not  :
reserved to the Commissioner of
Social Security,                                         :

     Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is

hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner

of Social Security denying Plaintiff benefits be reversed and remanded pursuant to

sentence four of 42 U.S.C. § 405(g), *see Melkonyan v. Sullivan*, 501 U.S. 89, 111 S.Ct.

2157, 115 L.Ed.2d 78 (1991), for further proceedings not inconsistent with this decision.

The remand pursuant to sentence four of § 405(g) makes the Plaintiff a prevailing party

for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412, *Shalala v. Schaefer*,

509 U.S. 292, 112 S.Ct. 2625, 125 L.Ed.2d 239 (1993), and terminates this Court's

jurisdiction over this matter.

     **DONE** this the 15th day of June, 2018.

                 s/P. BRADLEY MURRAY
                 **UNITED STATES MAGISTRATE JUDGE**